■■■■■■ LAURENT DUROCHER, EXECUTOR, ETC., OF MARIE B. LAS-SELLE, DECEASED, *versus* FRANÇOIS LASSELLE, THOMAS CALDWELL, AND MARYENNE, ALIAS NANETTE, HIS WIFE, LAMBERT LeDUC ALIAS PERCIE AND JULIE LeDUC ALIAS PERCIE, HIS WIFE, AND JACQUES LASSELLE. ■■■■■■■

JOURNAL ENTRIES (1825): *Journal 4:* (1) Stricken from docket *p. 59.
PAPERS IN FILE: (1) Precipe for writ of subpoena.
*Chancery Case* 42 of 1824.

■■■■■■ LAURENT DUROCHER, EXECUTOR, ETC., OF MARIE B. LAS-SELLE, DECEASED, *versus* FRANÇOIS LASSELLE AND THOMAS CALD-WELL, ADMINISTRATOR, ETC., OF JAMES LASSELLE, DECEASED, AND MARY-ENNE ALIAS NANETTE, WIFE OF THOMAS CALDWELL, LAMBERT LeDUC ALIAS PERCIE AND JULIE LeDUC ALIAS PERCIE, HIS WIFE, AND JACQUES LASSELLE. ■■■■■■

JOURNAL ENTRIES (1825–26): *Journal 4:* (1) Time given to plead, answer, or demur *p. 60; (2) continued *p. 74; (3) motion to take bill as confessed *p. 90; (4) dismissed *p. 97.
PAPERS IN FILE: (1) Bill of complaint; (2) writ of subpoena and return; (3) answer and plea; (4) replication; (5) stipulation for dismissal.
*Chancery Case* 55 of 1825.